**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR 07 120 S |
| v. | : | CR. No: |
| | : | In violation of 18 U.S.C. § 2113(a) |
| SHAWN CHADWICK | : | |

FILED SEP 19 2007 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**INDICTMENT**

The Grand Jury charges:

That on or about August 31, 2007, in the District of Rhode Island, the defendant, SHAWN CHADWICK, by intimidation did knowingly take from the person and presence of another money, namely approximately $894.00 dollars, belonging to and in the care, custody, control, management, and possession of Bank Of Rhode Island, a bank whose deposits were then insured by the Federal Deposit Insurance Cooperation.

In violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

Date: September 19, 2007