# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. CR 07-120S***

***To:*** ***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **SHAWN CHADWICK**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:30 o'clock a.m.**, on the **21st** day of **September, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**PLEASE HAVE DEFENDANT AT COURTHOUSE**
**FOR 9:00 a.m.-PRE-TRIAL SERVICES INTERVIEW**

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: September 20, 2007.

David A. DiMarzio, Clerk

Arraignment

*By* [signature]
*Martha Saucier - Deputy Clerk*