AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
SEP 19 2007
District of Rhode Island

FILED 2007 SEP 24 P 1:01

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

SHAWN CHADWICK

**WARRANT FOR ARREST**

CASE NUMBER: CR 07-120S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest SHAWN CHADWICK
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

BANK ROBBERY

in violation of Title 18 United States Code, Section(s) 2113(a)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Martha Saucier
Signature of Issuing Officer

September 19, 2007, Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at | | |
| DATE RECEIVED 9/19/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 9/21/07 | Charles Wyant SDUSM | Charles Wyant |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.