Case 1:07-cr-00120-S-DLM Document 17 Filed 03/28/2008 Page 1 of 1

United States District Court · District of Rhode Island

# *UNITED STATES DISTRICT COURT*
*for the*
*District of Rhode Island*

***Case No. CR07-120S***

***To:*** ***Warden***
***ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **Shawn Chadwick**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **William E. Smith**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **4th** day of **April, 2008**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **William E. Smith**
United States District Judge at Providence, RI
Dated: March 28, 2008.

David A. DiMarzio, Clerk

Sentencing

*By* Doreen Baldinelli
***Doreen Baldinelli - Deputy Clerk***